# NRDC

August 17, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *WyoSayNo, et al. v. U.S. Department of Homeland Security, et al.,*
             No. 21-cv-5663 (RA)

Dear Judge Abrams:

      I represent Plaintiffs WyoSayNo, Sierra Club, and Natural Resources Defense Council in the above-captioned matter, which concerns Plaintiffs' FOIA request seeking records relating to a proposed immigration detention facility in Uinta County, Wyoming. Pursuant to Local Civil Rule 7.1(d), I write on behalf of all Parties to respectfully request an adjournment of the conference currently set for August 27, 2021, and a 30-day extension of the associated August 20, 2021 deadline to submit a joint status letter. With this extension, the new deadline for the joint status letter would be September 20, 2021. The Parties propose that the Court adjourn the conference until October 1, 2021, but the Parties are also available on October 8 and 15, 2021. This is the Parties' first request for an adjournment of an appearance before the Court and extension of the corresponding joint letter deadline. Defendants previously requested an extension of their deadline to file an answer, *see* ECF No. 17, which the Court granted, and as a part of that order, also adjourned the conference and the deadline to provide the joint letter. *See* ECF No. 19. Plaintiffs have not previously asked for any extensions in this case.

      This extension is requested to enable the Parties to continue negotiations concerning a proposed schedule for Defendants' search and production of records responsive to Plaintiffs' FOIA request. Defendant U.S. Immigration and Customs Enforcement has agreed to begin producing responsive records during the week of August 23, 2021. The additional 30 days will allow the Parties to continue discussing relevant issues, including Defendant U.S. Department of Homeland Security's search for and production of responsive records, Plaintiffs' request that Defendants submit a *Vaughn* Index listing any records Defendants claim are exempt in part or in full from disclosure, and proposed next steps following Defendants' final production of

NATURAL RESOURCES DEFENSE COUNCIL
20 N WACKER DRIVE  |  SUITE 1600  |  CHICAGO, IL  |  60606  |  T 312.663.9900  |  NRDC.ORG

responsive records. The Parties hope this additional time will enable them to come to agreement on some or all of these issues and thereby conserve judicial resources.

    On behalf of all Parties, I thank the Court for its consideration of this request.

                              Respectfully submitted,

                              /s/ Sarah C. Tallman_____
                              Sarah C. Tallman
                              (admitted *pro hac vice*)
                              Natural Resources Defense Council
                              20 N. Upper Wacker Dr., Ste. 1600
                              Chicago, IL 60606
                              T: (312) 651-7918
                              stallman@nrdc.org

                              *Counsel for Plaintiffs WyoSayNo,*
                              *Sierra Club, Natural Resources Defense Council*

cc: All counsel (via ECF)

Application granted. The status conference is accordingly adjourned until October 8, 2021 at 2:00 pm. The parties shall submit a joint letter in advance of this conference no later than October 1, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
08/18/2021

2